1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12   SECURITIES AND EXCHANGE         Case No.  2:23-cv-5136-ODW-PDx
     COMMISSION,
                                     **ORDER TO SHOW CAUSE**
13                                   **WHY AN ORDER**
                Applicant,           **COMPELLING COMPLIANCE**
14                                   **WITH ADMINISTRATIVE**
         vs.                         **SUBPOENA SHOULD NOT BE**
15                                   **ISSUED**
     ZERA FINANCIAL LLC,
16
                Respondent.
17

18

19

20

21

22

23

24

25

26

27

28

The Applicant, the Securities and Exchange Commission ("SEC"), having filed an Application for an Order to Show Cause and an Application for Order Compelling Compliance with Administrative Subpoena against Respondent Zera Financial LLC ("Respondent"), the Court having considered the Application and documents filed in support thereof, and good cause having been shown, the Court being fully advised in the matter, and there being no just cause for delay:

IT IS HEREBY ORDERED that the SEC's Application for an Order to Show Cause Why an Order Compelling Compliance with Administrative Subpoenas should not be issued is GRANTED.

IT IS HEREBY ORDERED that on August 28, 2023, at 1:30 p.m, or as soon thereafter as the parties can be heard, Respondent shall appear before the Honorable Patricia Donahue, United States Magistrate Judge, in Courtroom 580 located at 255 East Temple Street, Los Angeles, CA 90012 to show cause, if there be any, why an Order Compelling Compliance with Investigative Subpoenas should not be granted in accordance with the Application filed by the SEC herein.

IT IS FURTHER ORDERED that any papers in opposition to the issuance of an Order Compelling Compliance shall be filed by the Respondents with this Court and served on the SEC's Los Angeles Regional Office at 444 S. Flower Street, 9th Floor, Los Angeles, California 90071, no later than August 9, 2023.

IT IS FURTHER ORDERED that any reply papers in support of the issuance of an Order Compelling Compliance shall be filed by the SEC with this Court and served on the Respondents no later than August 16, 2023.

IT IS FURTHER ORDERED that service of this Order to Show Cause, and any papers in opposition to the issuance of an Order Compelling Compliance, or any reply papers, may be accomplished by electronic mail, facsimile, UPS, or personal

1

1   service.  All such papers must also be emailed on the date of service to Charles E.

2   Canter and Michael J. Simeone, counsel for the SEC, at canterc@sec.gov and

3   simeonem@sec.gov, and to Respondent or its attorneys of record.

4

5   Dated: July 24, 2023

6

7   *Patricia Donahue*

8   PATRICIA DONAHUE
9   UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

> U.S. SECURITIES AND EXCHANGE COMMISSION,
> 444 S. Flower Street, Suite 900, Los Angeles, California 90071
> Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On June 28, 2023, I caused to be served the document entitled **[PROPOSED] ORDER TO SHOW CAUSE WHY AN ORDER COMPELLING COMPLIANCE WITH ADMINISTRATIVE SUBPOENA SHOULD NOT BE ISSUED** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☒ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☐ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 28, 2023                    /s/ Charles E. Canter

                                       Charles E. Canter

3

*SEC v. Zera Financial LLC.*
**United States District Court – Central District of California**

**SERVICE LIST**

Jenice L. Malecki                 **Via UPS and Email**
MALECKI LAW
11 Broadway, Suite 715
New York, New York 10004
Jenice@maleckilaw.com
Attorneys for Respondant Zera Financial LLC

Zera Financial LLC                 **Via UPS only**
9491 Madison Avenue
Westminster, California 92683

4